THE ATTORNEY GENERAL, EX REL. JOHN T. RICH, GOVERNOR, v. JOSEPH F. HAMBITZER.

*Removal of State officers.*

This case is ruled by *Attorney General v. Jochim, ante, 358.*

Information in the nature of *quo warranto* to test the title of respondent to the office of State Treasurer. Argued March 6, 1894. Demurrer overruled, and judgment of ouster entered, March 20, 1894. The facts are stated in *Attorney General v. Jochim, ante, 358.*

*A. A. Ellis,* Attorney General (*Geer & Williams* and *Cahill & Ostrander,* of counsel), for relator.

*Smith, Lee & Day (Fred A. Baker,* of counsel), for respondent.

HOOKER, J. This cause is governed by the decision in the case of *Attorney General v. Jochim, ante, 358.*

The demurrer will be overruled, and judgment of ouster entered.

The other Justices concurred.